# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DIANE SCHROEDER, et al,

        Plaintiffs,

    v.                                       Case No. 12-C-137

HUMANA, INC.,

        Defendants.

## ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL

        Plaintiff has filed several motions to file documents under seal in the above matter. *See* ECF [29], [38] and [41]. The affidavits in support of the motions indicate only that the documents have been designated confidential by the defendant. No other facts are stated that would support a finding of good cause that is required in order to file a document in a public record under seal. All three motions will therefore be denied. The documents will remain under seal for a period of ten days. If defendant believes that there are facts that would establish good cause for continuing them under seal, the Court will reconsider. Otherwise, the Clerk is directed to unseal these documents after ten days.

        **SO ORDERED** this 25th day of October, 2012.


                                 s/ William C. Griesbach
                                 William C. Griesbach
                                 United States District Judge