## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

Diane Schroeder and Rebecca Schroeder,
individually and on behalf of all other
similarly situated individuals,                          Case No. 12-cv-00137 WCG

        Plaintiffs,

v.

Humana Inc. and
Humana Insurance Company,

        Defendants.

_____

## ORDER FOR JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT; APPROVAL OF PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND COSTS; AND DISMISSAL OF CLAIMS
_____

This matter came before this Court on Plaintiffs Diane Schroeder and Rebecca Schroeder, individually and on behalf of all other similarly situated employees, and Defendants Humana, Inc. and Humana Insurance Co.'s, ("the Parties") Joint Motion for Approval of FLSA Settlement and Dismissal of Claims. Based on all of the files, records, and proceedings herein, the Joint Motion is, in all respects, **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1.     The Parties' Stipulation of Settlement and Release of Claims ("Settlement") and all associated Plaintiff releases, are approved as fair and reasonable;

2.     Plaintiffs' Counsel's request for attorneys' fees and reimbursement for out-of-pocket costs and expenses is fair and reasonable and in all respects approved; and

3.     Under the terms of the Settlement, all claims asserted Plaintiffs are dismissed with prejudice.

1

**SO ORDERED** this  20th day of  September.


                                  s/William C. Griesbach
                                  William C. Griesbach
                                  Chief  Judge U.S. District Court